UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                           **ORDER**
                            Crim. File No. 07-359 (MJD/FLN)

(1) DAINE JOSEPH ADAM LINDERMAN,

      Defendant.
_____

Thomas M. Hollenhorst, United States Attorney's Office, Counsel for Plaintiff.

Douglas Olson, Office of the Federal Defender, Counsel for Defendant.
_____

      The above-entitled matter comes before the Court upon the Report and Recommendation of Magistrate Judge Franklin L. Noel filed December 11, 2007. [Docket No. 30]  Defendant Daine Joseph Adam Linderman filed objections to the Report and Recommendation.  Linderman did not order a transcript of the hearing before the Magistrate Judge and stipulated that the Court did not need to review a transcript of the hearing in order to resolve his objections.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the Court

adopts the Report and Recommendation filed December 11, 2007.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that:

1. The Magistrate Judge's Report and Recommendation filed December 11, 2007 [Docket No. 30] is hereby **ADOPTED**.

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 21] is **DENIED**.

3. Defendant'S Motion to Suppress Statements, Admissions and Answers [Docket No. 22] is **DENIED**.

Dated: January 22, 2008         s / Michael J. Davis
                                Judge Michael J. Davis
                                United States District Court